*E-Filed 7/26/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PABLO P. PINA, | No. C 12-3074 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JOHN DOE, | |
| Defendant. | |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. By order of the Court, plaintiff was granted 30 days (1) to file a complete application to proceed *in forma pauperis* ("IFP"), or (2) to pay the filing fee of $350.00, or face dismissal of the action. Plaintiff was also ordered to file a complaint. More than 30 days have passed since the order was filed, and plaintiff has not filed an IFP application or a complaint, nor has he paid the filing fee. Accordingly, the action is DISMISSED without prejudice. Plaintiff may move to reopen the action. Any motion to reopen the action **must** contain (1) a complete IFP application or payment for the entire filing fee of $350.00, **and** (2) a complaint. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: July 26, 2012

RICHARD SEEBORG
United States District Judge